1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
3 | DANIEL KRASIEV-DVORNIKOV, State Bar No. 352909
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
5 | Telephone:  (415) 510-3362
Fax:  (415) 703-5843
6 | E-mail:  Daniel.KrasievDvornikov@doj.ca.gov
*Attorneys for Defendant*
7 | *California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELORES MARIE SCOTT,** | Case No. |
| Plaintiff, | (Sacramento County Superior Court Case No. 25CV012031) |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** |
| **COUNTY OF SACRAMENTO, et al.,** | |
| Defendants. | |

**TO THE COURT, PLAINTIFF *PRO SE* SCOTT, AND ALL COUNSEL OF RECORD:**

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that, under 28 U.S.C. § 1446(b)(1), Defendant California Department of Corrections and Rehabilitation (CDCR) removes to this Court the state-court action described below on the basis of federal-question jurisdiction. *See* 28 U.S.C. §§ 1441(a) (a case can be removed if district courts have original jurisdiction), 1331 ("district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States").

## I. PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

1. On June 23, 2025, Plaintiff Delores Marie Scott, an individual proceeding *pro se*, filed her first amended complaint in this lawsuit with the Superior Court of Sacramento County. (First Amended Complaint, Ex. 1.) Scott identifies four defendants: (1) Department of Corrections and Rehabilitation, (2) County of Sacramento, (3) Sacramento County Sheriff's Department, and (4) California Attorney General.[1] (*Id.* at 2.)

2. In her original Complaint, Scott named "Folsom Prison staff on duty" as a defendant. (Exhibit 5 at 1-2.) Now, in her First Amended Complaint, Plaintiff Scott names "Defendants employed at California State Prison" as a defendant. (Exhibit 1 at 1-2.) Scott also filed an Amendment to Complaint on June 23, 2025, attempting to rename "Folsom Prison staff on duty" to CDCR as the named defendant. (Exhibit 9.) It is therefore Defendant CDCR's understanding that Scott is attempting to sue CDCR as an institutional defendant. Defendant CDCR intends to file a motion for a more definite statement under Federal Rule of Civil Procedure 12(e).

3. Plaintiff Scott alleges that she is the mother of Lamar Lavall Scott, a deceased former California prisoner. Scott alleges that, on or about December 16, 2024, Lamar Scott was fatally stabbed by another inmate at California State Prison, Sacramento. (*Id.*)

4. Scott asserts two federal claims and state-law causes of action. Scott asserts Eighth and Fourteenth Amendment claims based on alleged deliberate indifference to a substantial risk of harm. (*Id.* at 3.) Scott also asserts state law causes of action for "wrongful death (negligence)" and "failure to provide a duty of care." (*Id.* at 2-3.)

5. On July 14, 2025, Defendant CDCR was served with the complaint and a summons. (*See* Exhibit 2.)

6. All properly served Defendants consent to removal of this action. On August 4, 2025, counsel for CDCR met with counsel for County of Sacramento and Sacramento County Sheriff's Department by telephone to discuss removal of this action to federal court. Counsel for Defendants County of Sacramento and Sacramento County Sheriff's Department confirmed that

---

[1] Plaintiff Scott redesignated defendant "Does 1-10" to California Attorney General Bonta in an Amendment to Complaint filed June 23, 2025. (Exhibit 10.)

those Defendants consent to removal. Defendant CDCR understands and believes that California Attorney General Rob Bonta has not yet been properly served in this case. Defendant CDCR believes that California Attorney General Rob Bonta would consent to removal if he was properly served.

## II. GROUNDS FOR REMOVAL

7. Removal of this action under 28 U.S.C. § 1446(b)(1) is proper because the complaint asserts a federal constitutional claim under 42 U.S.C. § 1983, of which this Court has original jurisdiction. *See* 28 U.S.C. §§ 1441(a) (a case can be removed if district courts have original jurisdiction), 1331 ("district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States").

8. Removal is timely because this notice of removal is filed within thirty days of the date Scott served Defendant CDCR with her First Amended Complaint, which was July 14, 2025. *See* 28 U.S.C. § 1446(b)(1) ("The notice of removal . . . shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action . . . is based.").

9. Removal of this action from Sacramento County Superior Court to this district is proper because, under 28 U.S.C § 84(b), this is the district embracing the place where the action is pending. *See* 28 U.S.C § 1441(a). Specifically, the events at issue are alleged to have occurred at California State Prison, Sacramento[2] in Sacramento County, which is within the Eastern District of California. Additionally, removal of this action from Sacramento County Superior Court to this division is proper because, under Local Rule 120 (d), this is the division designated for actions arising from Sacramento County.

10. After filing this Notice of Removal, Defendant CDCR will promptly serve written Notice of Removal on Plaintiff Scott and with the Superior Court of Sacramento County. *See* 28 U.S.C. § 1446(d).

---

[2] Plaintiff Scott alleged the events at issue occurred at Folsom State Prison before amending her complaint to name "California State Prison" in her First Amended Complaint. (*See* Exhibits 1, 5.) It is Defendants' understanding that "California State Prison" refers to California State Prison, Sacramento, which is located next to Folsom State Prison.

11. True and correct copies of all process and pleadings served on Defendant CDCR in this action, including the above-referenced pleadings and documents available on the Superior Court of Sacramento County's website, are attached as Exhibits 1-14. *See* 28 U.S.C. § 1446(a).

### III. CONSENT OF ALL PROPERLY SERVED DEFENDANTS

12. All Defendants who have been properly joined and served in this action have consented to removal. *See* 28 U.S.C. § 1446(b)(2)(A). On August 4, 2025, counsel for Defendant CDCR met with defense counsel for the County of Sacramento and Sacramento County Sheriff's Department via a videoconference call. During this call, defense counsel for the County of Sacramento and Sacramento County Sheriff's Department consented to removal of this action to federal court. Defendant CDCR also understands and believes that Defendant California Attorney General Rob Bonta has not yet been properly served in this case but would likely consent to removal.

### JURY DEMAND

Defendant CDCR demands a trial by jury in this action.

Dated: August 13, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

*/s/ Daniel Krasiev-Dvornikov*
DANIEL KRASIEV-DVORNIKOV
Deputy Attorney General
*Attorneys for Defendant
California Department of Corrections and Rehabilitation*

SA2025603093
44755445.docx

# CERTIFICATE OF SERVICE

| Case Name: | *Scott v. County of Sacramento, et al.* | No. | |
|---|---|---|---|

I hereby certify that on <u>August 13, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL (with Exhibits 1-14)**

**CIVIL COVER SHEET**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 13, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| **Delores Marie Scott**<br>**1801 14th Street, Unit 243**<br>**Oakland, CA 94801**<br>*In Pro Per* | Zachary Ayre<br>John R. Whitefleet<br>Porter Scott Attorneys<br>2180 Harvard Street, Suite 500<br>Sacramento, CA 95815<br>*Attorneys for Sacramento County and Sacramento Sherriff's office* |
|---|---|

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 13, 2025</u>, at San Francisco, California.

| M. Paredes | */s/ M. Paredes* |
|---|---|
| Declarant | Signature |

SA2025603093
44755830.docx