# EXHIBIT 2

| ATTORNEY (Name and Address): | SBN | FOR COURT USE ONLY |
|---|---|---|
| Delores Marie Scott<br>925 Cresta Way Apt 4<br>San Rafael, CA 94903<br><br>EMAIL: prince.konkons49@yahoo.com<br>ATTORNEY FOR: In Propria Persona | | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>07/24/2025<br>By: _____E. Macdonald_____ Deputy |
| NAME OF COURT JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Superior Court of California, County of Sacramento<br>720 Ninth Street<br>Sacramento, CA 95814 | | |
| PLAINTIFF:<br>Delores Marie Scott | COURT CASE NO:<br>25CV012031 | |
| DEFENDANT:<br>County of Sacramento, Sacramento County Sheriffs Department, | | |
| **Proof of Service of Summons** | LEVYING OFFICER FILE NO:<br>2025016939 | |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other (specify documents):
   **First Amended Complaint, Notice of Case Assignment and Case Management Conference, Summons**

3. a. Party Served (specify name of party as shown on documents served):
   **California Department of Corrections and Rehabilitation (CDCR)**

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **SERGEY / BUSINESS REP**

4. Address where party was served:    **10111 Old Placerville Road**
   **Sacramento, CA 95827**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 07/14/2025 at: 9:44 AM.

7. **Person who served the papers:**

   a. Name: **A. Kanelos**

   b. Address: **Sheriff's Civil Bureau, 2969 Prospect Park Drive, Suite 200, Rancho Cordova, CA 95670**

   c. Telephone number: **(916) 875-2665**

   d. The fee for service was: **$50.00 (Waived)**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wednesday, July 16, 2025    by: _____

Sheriff's Authorized Agent
Jim Cooper