# EXHIBIT 3

| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Delores Marie Scott<br>925 Cresta Way Apt 4<br>San Rafeal, CA 94903<br><br>EMAIL: prince.konkons49@yahoo.com<br>ATTORNEY FOR: In Propria Persona | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>07/24/2025<br>By: E. Macdonald, Deputy |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Superior Court of California, County of Sacramento<br>720 Ninth Street<br>Sacramento, CA 95814 | |
| PLAINTIFF:<br>Delores Marie Scott | COURT CASE NO:<br>25CV012031 |
| DEFENDANT:<br>County of Sacramento, Sacramento County Sheriffs Department, | |
| **Proof of Service of Summons** | LEVYING OFFICER FILE NO:<br>2025016939 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   **First Amended Complaint, Notice of Case Assignment and Case Management Conference, Summons**

3. a. Party Served *(specify name of party as shown on documents served):*

   **California Attorney General**

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **BROOKS / OFFICER**

4. Address where party was served:   c/o Office of the Attorney General
   1300 I Street
   Sacramento, CA 95814-2919

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 07/15/2025 at: 8:13 AM.

7. **Person who served the papers:**

   a. Name: **A. Kanelos**

   b. Address: **Sheriff's Civil Bureau, 2969 Prospect Park Drive, Suite 200, Rancho Cordova, CA 95670**

   c. Telephone number: **(916) 875-2665**

   d. **The fee** for service was: **$50.00 (Waived)**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wednesday, July 16, 2025        by: _____

Sheriff's Authorized Agent
Jim Cooper

Judicial Council Form POS-010        Original
(c) CountySuite Sheriff, Teleosoft, Inc.