# EXHIBIT 4

**Superior Court of California, County of Sacramento**

ELECTRONICALLY FILED
Superior Court of California
County of Sacramento
05/20/2025
By: C. Raybould, Deputy

25CV012031

Case Title:

Delores Marie Scott   v. County of Sacramento, Sacramento County Sheriffs Department, Folsom Prison staff, and DOES 1-10

Case Number:

- Case Type

-TORT

- Wrongful Death (02)
- Civil Rights Violation (42 U.S.C. §1983)

- Jurisdiction
- Unlimited Civil Case (exceeds $25,000)

Ill. Remedies Sought (check all that apply)

- Monetary
- Punitive
- Other (Attorney's Fees under 42 U.S.C. §1988; Declaratory Relief)

- Number of Causes of Action
- 3 Causes of Action:

- Wrongful Death (Negligence)
- Violation of Civil Rights (42 U.S.C. §1983)
- Failure to Provide Duty of Care (Deliberate Indifference)

- This Case Is:

- Not a class action suit

Superior Court of California, County of Sacramento

- Not complex {does not fall under CRC 3.400 et seq.)

- Related Cases

- No related cases

Filed by:

Name: Delores Marie Scott

Address: 1801 14th Street, Unit 243, Richmond, CA 94801

Phone Number: 5109320361

Date: 04-30-2025

Signature: *Delores Scott*