# **EXHIBIT 8**

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Delores Marie Scott**<br>925 Cresta Way Apt 4<br>San Rafeal, CA 94903<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>06/11/2025<br>By: _____ M. Pipe Deputy |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**Superior Court of Cailfornia, County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | | |
| PLAINTIFF:<br>**Delores Marie Scott** | | COURT CASE NO:<br>**25CV012031** |
| DEFENDANT:<br>**County of Sacramento, Sacramento County Sheriffs Department,** | | |
| **Proof of Service of Summons** | | LEVYING OFFICER FILE NO:<br>**2025012742** |

1. At the time of the service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
    f. other *(specify documents)*:
       **Complaint, Notice of Case Assignment and Case Management Conference (Unlimited Civil Case), Summons**
3. a. Party Served *(specify name of party as shown on documents served)*:
       **Sacramento County Risk Management Office**
   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
       **JULIE COBB / RISK MANAGEMENT**
4. Address where party was served:　**9616 Micron Avenue, Suite 600**
   　　　　　　　　　　　　　　　　　**Sacramento, CA 95827**
5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 06/02/2025 at: 12:20 PM.
7. Person who served the papers:
   a. Name: **A. Kanelos**
   b. Address: **Sheriff's Civil Bureau, 2969 Prospect Park Drive, Suite 200, Rancho Cordova, CA 95670**
   c. Telephone number: **(916) 875-2665**
   d. **The fee** for service was: **$50.00 (Waived)**
8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tuesday, June 3, 2025　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Sheriff's Authorized Agent
　　　　　　　　　　　　　　　　　　　　　　　　　Jim Cooper

cial Council Form POS-010　　　　　　　**Original**
　　　　　　　　　　　　　　　　(c) CountySuite Sheriff, Teleosoft, Inc.