# EXHIBIT 9

| | | |
|---|---|---|
| [Seal] | **SUPERIOR COURT OF CALIFORNIA**<br>**County of Sacramento**<br>720 9th Street, Room 102<br>Sacramento, CA 95814-1380<br>(916) 874-5522—www.saccourt.ca.gov | For Court Use Only |

Attorney or Party without Attorney (Name, Address, State BAR #):
Delore Marie Scott                                   SBN:
925 Cresta Way Apt 4San Rafeal, CA 94903

Attorney for:                           Telephone No. 510 932 0361

Plaintiff: Delores Marie Scott
Defendant: County of Sacramento, et al.

Case Number: 25CV012031

## AMENDMENT TO COMPLAINT

Choose either Fictitious <u>or</u> Incorrect Name

☐ **FICTITIOUS NAME under Code of Civil Procedure section 474 (order not required)**

On filing of the complaint, plaintiff(s) not knowing the true name of a defendant, and having designated defendant in the complaint by the fictitious name of:

_____

and having discovered the true name of the defendant to be:

_____

hereby amends the complaint by inserting the true name in place of the fictitious name where it appears in the complaint.

☑ **INCORRECT NAME under Code of Civil Procedure section 473 (order required)**

Plaintiff(s) having designated a ☑defendant ☐plaintiff in the complaint by the incorrect name of:
Folsom Prison Staff

and having discovered the true name of said ☑defendant ☐plaintiff to be:
California Department of Corrections and Rehabilitation (CDCR)

hereby amends the complaint by inserting the true name in place of such incorrect name where it appears in said complaint.

06. 23.2025                                         *D. Scott*
Date                                                Signature of Attorney or Party without attorney

**ORDER**

Proper cause appearing, plaintiff(s) is(are) allowed to file the above amendment to the complaint.

_____                             _____
Date                                                Judge of the Superior Court

CV\E-120 Rev 3.26.24              AMENDMENT TO COMPLAINT              Page 1 of 1

Electronically Received 06/23/2025 11:46 AM