# EXHIBIT 10

| | | |
|---|---|---|
| [Seal] | **SUPERIOR COURT OF CALIFORNIA**<br>**County of Sacramento**<br>720 9th Street, Room 102<br>Sacramento, CA 95814-1380<br>(916) 874-5522—www.saccourt.ca.gov | For Court Use Only<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Sacramento<br>06/23/2025<br>By: V. Bloxson, Deputy |

Attorney or Party without Attorney (Name, Address, State BAR #):
Delores Marie Scott    SBN:
925 Cresta Way Apt 4 San Rafeal, CA 94903

Attorney for:    Telephone No. 510 932 0361

Plaintiff: Delores Marie Scott
Defendant: County of Sacramento, et al.

Case Number: 25CV012031

## AMENDMENT TO COMPLAINT

Choose either Fictitious <u>or</u> Incorrect Name

[✔] **FICTITIOUS NAME under Code of Civil Procedure section 474 (order not required)**

On filing of the complaint, plaintiff(s) not knowing the true name of a defendant, and having designated defendant in the complaint by the fictitious name of:

DOES 1-10

and having discovered the true name of the defendant to be:

California Attoney General

hereby amends the complaint by inserting the true name in place of the fictitious name where it appears in the complaint.

[ ] **INCORRECT NAME under Code of Civil Procedure section 473 (order required)**

Plaintiff(s) having designated a [ ] defendant [ ] plaintiff in the complaint by the incorrect name of:

_____

and having discovered the true name of said [ ] defendant [ ] plaintiff to be:

_____

hereby amends the complaint by inserting the true name in place of such incorrect name where it appears in said complaint.

06. 23.2025    *D. Scott*
Date    Signature of Attorney or Party without attorney

**ORDER**

Proper cause appearing, plaintiff(s) is(are) allowed to file the above amendment to the complaint.

_____    _____
Date    Judge of the Superior Court

CV\E-120 Rev 3.26.24    AMENDMENT TO COMPLAINT    Page 1 of 1