# EXHIBIT 11

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Sacramento County Sheriff's Office Civil Bureau AG Division<br>2969 Prospect Park Drive, Suite 200 Rancho Cordova, CA 95670<br><br>9590 9402 9352 5002 7438 40 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>SHERIFF'S DEPT. CIVIL SACTO. CA  AM 10: 33<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Sacramento<br>06/23/2025<br>By: M. Chapman, Deputy |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2302 6801 47 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

Domestic Return Receipt