# EXHIBIT 12



USPS TRACKING #

9590 9402 9352 5002 7438 40

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

02308-SCR   Document 1   Filed 08/13/25

ELECTRONICALLY FILED
Superior Court of California
County of Sacramento

6/23/2025
By: ___ E. Chapman ___, Deputy

• Sender: Please print your name, address, and ZIP+4® in this box•

Delores Marie Scott
425 Cresta Way, APT 4
San Rafael, CA 94903