# **EXHIBIT 13**

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SACRAMENTO**

| | |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Delores Marie Scott | |
| DEFENDANT/RESPONDENT:<br>County of Sacramento et al | |
| **NOTICE OF REJECTION – GENERAL** | CASE NUMBER<br>25CV012031 |

We are unable to process your ☐ **complaint/petition** ☐ **answer/response** ☐ **general denial** ☐ **amended complaint** ☐ **cross-complaint** ☑ **other:** Amendment to Compalint   submitted on 06/23/2025 for the following reason(s):

1. ☐ The required fee of $_____ or fee waiver was not submitted.
2. ☐ Check enclosed in the amount of $_____ is ☐ altered   ☐ unsigned.
3. ☐ The case number ☐ is missing ☐ is incomplete ☐ does not correspond to our records
   ☐ is not a Sacramento Superior Court case.
4. ☐ Summons must conform exactly to the caption of the complaint.
5. ☐ Names not listed on the amended complaint or cross-complaint pursuant to Local Rule 2.20.
6. ☐ Reclassification fee of $_____ is required with filling of ☐ cross-complaint ☐ amended complaint, as this document is changing the jurisdiction of the case.
7. ☐ A court order is required in order to file this ☐ cross-complaint ☐ amended complaint.
8. ☐ Must use the mandatory Judicial Council form pursuant to California Rules of Court, Rule 1.31
9. ☐ A hearing date/time must be reserved prior to filing. Please obtain a reservation date/time using the Court's online reservation system at www.saccourt.ca.gov or contact the clerk of the assigned department and include the reservation number on your documents.
10. ☐ Document(s) must include the hearing date/time/department.
11. ☐ Signature required.
12. ☐ Incomplete information where indicated.
13. ☑ Other: Folsom Prison Staff is not a named defendant on the 1st Amended Complaint filed on 06/23/25.

Dated: 06/26/2025            By: P. Lopez
                                 Deputy Clerk

For Optional Use            **NOTICE OF REJECTION - GENERAL**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SACRAMENTO | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Gordon D. Schaber Superior Court<br>720 9th Street, Sacramento, CA 95814 | |
| PLAINTIFF/PETITIONER:<br>Delores Marie Scott | |
| DEFENDANT/RESPONDENT:<br>County of Sacramento et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>25CV012031 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Rejection - General upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Sacramento, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Delores Marie Scott
Delores Marie Scott, Mother of Deceased, Lamar Vavall Scott
925
Cresta Way Apt 4
San Rafeal, CA 94903

Dated: 06/26/2025          By:     /s/ P. Lopez
                                    P. Lopez, Deputy Clerk

**CERTIFICATE OF MAILING**