IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SCOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF SACRAMENTO, et al.,**<br><br>Defendants. | Case No. 2:25-cv-02308-SCR<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO STAY RESPONSIVE PLEADING DEADLINE**<br><br>Judge:        Hon. Sean C. Riordan<br>Trial Date:   Not Set<br>Action Filed: May 20, 2025 |

Before the Court is Defendants' motion under Federal Rule of Civil Procedure 6(b) and Local Rule 233 to stay their deadline to file a responsive pleading pending the Court's screening of Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A (ECF No. 3). Good cause appearing, Defendants' motion is **GRANTED**. Defendants' obligation to file a responsive pleading is stayed. Should the Court issue an order finding that the First Amended Complaint states cognizable claims, a separate order setting the deadline for Defendants to file a responsive pleading will follow in due course.

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1