UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES MARIE SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:25-cv-2308 SCR P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff is proceeding pro se in this civil rights action under 42 U.S.C. § 1983. On August 13, 2025, defendants filed a notice of removal of plaintiff's state-court action to this Court pursuant to 28 U.S.C. § 1446. (ECF No. 1.) The undersigned subsequently notified the parties that plaintiff's operative First Amended Complaint would be screened under 28 U.S.C. § 1915A in due course (ECF No. 3) and stayed defendants' obligation to file a responsive pleading (ECF No. 5).

The undersigned now finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing an amended complaint. Paul Masuhara has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Paul Masuhara is appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint. The amended complaint is due 90 days from the date of this order.

2. Paul Masuhara's appointment will terminate when plaintiff's amended complaint is filed, or upon the filing of a notice that an amended complaint would not be appropriate.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Paul Masuhara, Law Office of Mark E. Merin, 1010 F St., Suite 300, Sacramento, CA 95814.

5. Defendants' obligation to file a responsive pleading shall remained stayed. Should the court issue an order finding that the Second Amended Complaint states cognizable claims, a separate order setting the deadline for Defendants to file a responsive pleading will follow in due course.

DATED: August 25, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE