ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
DANIEL KRASIEV-DVORNIKOV, State Bar No. 352909
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3362
Fax: (415) 703-5843
E-mail: Daniel.KrasievDvornikov@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections and Rehabilitation*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

SCOTT, ET AL.,

Plaintiffs,

v.

COUNTY OF SACRAMENTO, ET AL.,

Defendants.

Case No.: 2:25-cv-02308-DJC-SCR

**STIPULATION AND ORDER FOR 14-DAY EXTENSION OF THE RESPONSIVE PLEADING DEADLINE**

On June 8, 2026, Plaintiff Delores Scott filed her Third Amended Complaint. (ECF No. 25.) On July 27, 2026, the Court issued a minute order setting deadlines regarding the service of summons as to all new defendants named in Scott's Third Amended Complaint and the filing of Defendants' responsive pleading. (ECF No. 27.) Pursuant to the July 27, 2026 Order, Defendants' deadline to file a responsive pleading to Scott's Third Amended Complaint is September 29, 2026. At this time, Defendant CDCR is the only defendant that Plaintiff Scott has properly served with the summons and her complaint in this case. The parties agree to extend Defendant CDCR's deadline to file a responsive pleading by 14 days, up to and including October 13, 2026.

////

Therefore, the parties stipulate as follows:

The deadline for Defendant CDCR to file and serve a responsive pleading to Plaintiff Scott's Third Amended Complaint is extended by 14 days, up to and including October 13, 2026.

**IT IS SO STIPULATED.**

Dated: September 28, 2026

DOLORES MARIE SCOTT
Plaintiff *Pro Se*

Dated: September 28, 2026

DANIEL KRASIEV DVORNIKOV
Deputy Attorney General
*Attorneys for Defendant*
*California Department of Corrections and Rehabilitation*

**IT IS SO ORDERED.**

Dated: September 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE